GEORGE A. KEILMANN V. STATE

No. 28,279. March 28, 1956.

*Louis F .Schlesinger* and *Fred A. Seman,* San Antonio, for appellant.

*Leon Douglas,* State's Attorney, Austin, for the state.

DAVIDSON, Judge.

The offense is murder; the punishment, four years in the penitentiary.

The notice of appeal herein appears only as a docket entry upon the trial court's docket; it is not shown to have been entered of record in the minutes of the court.

We have repeatedly held that a valid notice of appeal must be entered of record and that a docket entry is not sufficient. Art. 827, C. C. P.; Martinez v. State, 157 Tex. Cr. R. 91, 246 S. W. 2d 633.

Accordingly, the appeal is dismissed.